JESSE SBAIH, ESQ.
JESSE SBAIH & ASSOCIATES, LTD.
170 S. Green Valley Parkway, Ste. 280
Henderson, NV 89012
Ph.: (702) 896-2529
Fax: (702) 896-0529
E-Mail: jsbaih@sbaihlaw.com

DAVID M. BIRKA-WHITE, ESQ. (*Pro Hac Vice* Forthcoming)
BIRKA-WHITE LAW OFFICES
65 Oak Court
Danville, CA 94526
Tel: (925) 362-9999
Fax: (925) 362-9970
E-mail: dbw@birka-white.com

*Attorneys for Plaintiff and
others similarly situated*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE HERRERA, individually, and on behalf others similarly situated, | Case No.: 2:13-cv-00908-MMD-PAL |
| Plaintiff, | |
| vs. | **PLAINTIFF'S STATUS REPORT** |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE INSURANCE COMPANY; ALLSTATE PROPERTY & CASUALTY COMPANY; ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY; and DOES I – V and ROES VI – X, inclusive; | |
| Defendants. | |

COMES NOW Plaintiff, Michelle Herrera (hereinafter "Herrera"), on behalf of herself and others similarly situated, by and through her counsel of record, and in accordance with this court's Order [Docket #20], Plaintiff hereby submits the following status report:

1

Plaintiff and Allstate have conferred by telephone regarding the scheduling and planning related to the appraisal process. The parties disagree regarding the preliminary steps to set up the appraisal process. Plaintiff's Allstate policy provides as follows:

### Right of Appraisal

> Both **you** and **we** have a right to demand an appraisal of the loss. Each will appoint and pay a qualified appraiser. Other appraisal expense will be shared equally. The two appraisers, or a judge of a court of record, will choose an umpire. Each appraiser will state the actual cash value and the amount of loss. If they disagree, they'll submit their differences to the umpire. A written decision by any two of these three persons will determine the amount of the loss.

Plaintiff has chosen their appraiser. Allstate has not yet chosen their appraiser. Plaintiff has suggested to defendant that the deadline for the selection of their appraiser be set for two weeks. Plaintiff has requested a deadline for the selection of the umpire and a deadline for the appraisal hearing. Plaintiff proposes that the appraisal reports of both appraisers be exchanged three weeks prior to the appraisal hearing with the umpire.

Parenthetically, Plaintiff has requested that the parties agree that the methodologies to be employed by the appraisers comport with NAC 686A.680(1)(b)(1). In this way, the appraisers and the umpire will be employing total loss methodologies that are compliant with NAC 686A.680(1)(b)(1), which provides, "(1) The cost of two or more comparable automobiles in the local market area which are currently available or were available within the most previous 90 days to consumers in the local market area."

Allstate disagrees with Plaintiff's position and has suggested that the appraisal methodologies be left entirely to the discretion of the appraisers. Plaintiff asserts that the legal standard for the appraisal methodology, the central issue in this litigation, is a question for the Court.

The parties have agreed to meet and confer on these topics and report back to the Court within the next thirty (30) days.   Plaintiff anticipates that the intervention of the Court will likely be necessary to resolve the deadlines and appropriate evaluation methodology.

DATED this 4th day of February, 2014.

JESSE SBAIH & ASSOCIATES, LTD.

 /s/: Jesse Sbaih, Esq.
JESSE SBAIH, ESQ.
Nevada Bar No. 7898
170 S. Green Valley Parkway, Ste. 280
Henderson, NV 89012
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5(b), I certify I am an employee of the law firm of Jesse Sbaih & Associates, Ltd., and that on this date, I caused **PLAINTIFF'S STATUS REPORT** to be served via electronic service to the following:

ABRAN VIGIL, ESQ.
100 North City Parkway, Suite 1750
Las Vegas, NV 89106-4617
Telephone:  (702) 868-7523
Facsimile:  (702) 471-7070

MARK HANOVER, ESQ.
DENTONS US LLP
233 South Wacker Drive, 7800
Chicago, IL 60606
Telephone:     (312) 876-8000
Facsimile:      (312) 876-7934

DATED this 4th day of February, 2014.

                                         /s/ Jennifer Herald
                                         An employee of Jesse Sbaih & Associates